JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE S. LACY,<br><br>        Petitioner,<br><br>    v.<br><br>R. FISHER, Warden,<br><br>        Respondent. | No. CV 18-10738 JGB (FFM)<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: January 25, 2019

                                              JESUS G. BERNAL
                                         United States District Judge